THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

DEON JOVAN WILLIAMS,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. CR25-249-JNW

ORDER TO EXTEND PRETRIAL
MOTIONS AND EXPERT
DISCLOSURES DEADLINES

THE COURT has considered the unopposed motion to extend the pretrial motions and expert disclosures deadlines along with the records in this case.

IT IS ORDERED that the due dates for pretrial motions and expert disclosures are extended to January 28, 2026.

DONE this 20th day of January 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Deon Williams

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Williams*, CR25-249-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**